UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL GRANT, JR., | ) |
| Petitioner, | ) |
| | ) NO. CV-06-343-CI |
| v. | ) |
| | ) |
| MAGGIE MILLER-STOUT, | ) **JUDGMENT** |
| | ) |
| Respondent. | ) |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Petition and its claims for relief are **DISMISSED WITHOUT PREJUDICE**, and Judgment is entered for Respondent.

DATED this 14th day of March, 2007

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal, Deputy Clerk